UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDGARDO COLON            )
                         )
                         )
                         )
        v.               )    CIVIL No. 04-10280-NG
                         )
                         )
UNITED STATES OF AMERICA )

## MOTION TO EXTEND TIME

The United States of America hereby moves that the time within which it may respond to the Petition in this matter be extended for additional 30 days until April 8, 2004. As grounds therefore, the undersigned AUSA states that additional time is needed to review and respond to the allegations contained in the Petition which involve lengthy sentencing hearings conducted by the Court in 2002. Because the additional time is needed to fully address the issues raised in the Petition in this matter, the government believes that the requested extension is in the interest of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210
(617) 748-3207

CERTIFICATE OF SERVICE

    I, JOHN A WORTMANN, JR., Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by mail to James Budreau, Esq.

_____  3-8-04
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney