UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDGARDO COLON )
    Petitioner )
) Civil Action No.:
v. ) Crim. No. 00-CR-10029-NG
)
UNITED STATES )
    Respondent )

**DEFENDANT EDGARDO COLON'S MOTION FOR LEAVE TO FILE CORRECTED/SUPPLEMENTAL ADDENDUM IN SUPPORT OF HIS MOTION TO VACATE, SET ASIDE OR CORRECT HIS SENTENCE**

Now Comes Edgardo Colon who respectfully files this Motion for Leave to File Corrected/Supplemental Addendum in Support of His Motion to Vacate, Set Aside or Correct His Sentence. As grounds for this motion, defendant states the folowing:

1. Defendant has determined that Exhibit J(3) from his Addendum filed with his original memorandum in support of the above Petition contained a transcript that was mistakenly not copied in its entirety. The original transcript had testimony on both sides of the page, but the reproduction did not capture both sides.

2. The attached transcript, which is only a portion of Exhibit J(3), is attached in its completed form.

Wherefore, Petitioner moves this Court for leave to file the attached Exhibit to correct or supplement his addendum to his memorandum filed in support of said Petition. If this Court

grants this Motion, Petition moves this Court to accept this attached Exhibit as the corrected transcript for Exhibit J(3).

Respectfully submitted,

BY EDGARDO COLON'S ATTORNEY,

_____
JAMES BUDREAU, BAR#553391
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700

I hereby certify that a true and correct copy of the foregoing document was served by hand on April 1, 2004, 2004 to Assistant U.S. Attorney John Wortmann.

_____
James Budreau