```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

EDGARDO COLON                    )
    Petitioner                   )
                                 )  Civil Action No.:
    v.                           )  Crim. No. 00-CR-10029-NG
                                 )
UNITED STATES                    )
    Respondent                   )
```

**DEFENDANT EDGARDO COLON'S NOTICE OF SUPPLEMENTARY CASES SUPPORTING HIS
MOTION TO VACATE, SET ASIDE OR CORRECT HIS SENTENCE**

Now Comes Edgardo Colon who respectfully supplements his Motion to Vacate with the following citations:

1. <u>United States v. Booker</u>, 543 U.S. ___ (2005);

2. <u>United States v. Fan Fan</u>, 543 U.S. ___ (2005;

3. <u>United States v. Simpson</u>, 376 F.3d 679 (2004).

Petitioner hereby gives the Court notice of the above referenced supplementary cases in support of his Motion to Vacate.

                                                  Respectfully submitted,

                                                  BY EDGARDO COLON'S ATTORNEY,


                                                   _JAMES BUDREAU_
                                                  JAMES BUDREAU, BAR#553391
                                                  20 Park Plaza, Suite 905
                                                  Boston, MA 02116
                                                  (617) 227-3700