# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDGARDO COLON, ) | |
|     Petitioner, ) | |
| ) | |
|       V.      ) | Civ. No. 04-cv-10280-NG |
| ) | |
| UNITED STATES, ) | |
|     Respondent. ) | |

GERTNER, D.J.:

## JUDGMENT

For the reasons set forth in the accompanying Memorandum and Order, petitioner Edgardo Colon's Motion to Amend [docket entry # 11] and Motion to Vacate, Set Aside, or Correct His Sentence [docket entry # 1] are hereby **DENIED**.  This action is hereby **DISMISSED**.


SO ORDERED.

Dated:    January 31, 2005        /s/Nancy Gertner, U.S.D.J.